IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TRAVIS CASEY** | § | |
| | § | |
| v. | § | **CIVIL ACTION A-09-CA-337-SS** |
| | § | |
| **DAVID RODRIGUEZ and** | § | |
| **THE CITY OF AUSTIN** | § | |

**O R D E R**

On the _____ day of December, 2010, the Court considered **Randall Huntsinger and Tim Flocos' Amended Motion to Withdraw as Counsel for Plaintiff**. After considering the basis for this motion, the argument of the parties, the pleadings in this case, and the applicable law, the Court determines this motion shall be:

_____   DENIED.

_____   GRANTED; Randall Huntsinger and Tim Flocos, both of the Huntsinger Law Offices, PLLC, are removed as the attorneys of record for Plaintiff Casey and are furthermore removed of additional obligations in this proceeding.

SIGNED this the _____ day of _____, 2010.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE