**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRAVIS CASEY | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | A-09-CA-337 SS |
| OFFICER DAVID RODRIGUEZ and | § | |
| THE CITY OF AUSTIN | § | |
|     Defendants | § | |

## AFFIDAVIT OF DAVID RODRIGUEZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned Notary Public, on this day appeared DAVID RODRIGUEZ, who, being by me first duly sworn, stated as follows:

1. "My name is David Rodriguez I am over the age of eighteen years and I am competent to make this affidavit. I have never been convicted of a felony or any crime involving moral turpitude.

2. I have been a Patrol Officer in the Austin Police Department ("APD") since January 2009, and have been employed by the City of Austin since May 2005. I received my Texas Commission on Law Enforcement Officer Standards and Education ("TCLEOSE") certification after completing the Police Academy at San Antonio College for nine (9) months before entering into law enforcement, then attained my Peace Officers license in 2004 at Texas Lutheran University Police Department.

3. I am a Hispanic male, and I was 38 years old, 5'6", 140 pounds, clean-shaven with short hair in 2007.

4. I have read Plaintiff's First Amended Complaint and am familiar with the allegations. On April 30, 2007, I was a Police Officer for the Parks Unit of the Public Safety & Emergency Management ("PSEM") Department in the City of Austin, before it merged into APD in January 2009. PSEM was receiving increasing complaints about children finding condoms and seeing men having sex in cars and restrooms at Walnut Creek Park in Northeast Austin. In response to these complaints, PSEM planned an undercover operation. Sergeant David Becker briefed members of the operation on the specific plan at 5:00 a.m. at Headquarters, and assignments were made to officers assigned to the sting.

5. Officer Frank Corpus and I were partnered as Bait Officers because he had participated in undercover park operations before, and had experience in public lewdness stings. I wore jeans, a t-shit, with badge on a chain under my shirt. I had a walkie-talkie and Glock 22, .40 caliber pistol inside the waistband of my jeans in the back.

6. Ofcr. Corpus and I rode from HQ to the park with the Sergeants, then walked from the SUV, and took positions at the restrooms. We had a few words with a couple of males, but no incident.

7. The rain got really heavy and we were soaked and cold, so with no subjects around we returned to the SUV. At that point, Sgt. Becker advised that he had been assaulted. We joined in the search for the subject, but were unable to locate him in the dark and rain.

8. Around 8 a.m., Sgt. Becker suspended the operation and we met at a nearby restaurant for breakfast and briefing on the indecent exposure, public lewdness and assault on our Sergeant. Sgt. Becker described a tan Mercury Sable, and very tall white male, mid 30's, over 200 pounds, red t-shirt, orange shorts, and white sneakers, who identified himself as "Travis." I remember Sgt. Becker describing him as "looking like a big moose as he ran into the woods!"

9. When the rain lifted about an hour later the operation resumed at the park. Sgt. Becker again parked the SUV to maintain visual on Ofcr. Corpus and me as we walked to the restrooms. Almost immediately we spotted a suspect fitting the description we were given of "Travis" approaching a vehicle also fitting the description we were given, and said to each other, "That's him, that's the guy." We had probable cause to make an arrest based on the briefing.

10. As we were walking in the direction of the vehicle, the suspect spotted us and ran to his car. I pulled my badge out of the neck of my t-shirt so it was plainly visible, and we ran trying to reach the vehicle before he could get in. Ofcr. Corpus and I began yelling, "Police, Stop!" but he jumped in his car and locked the door.

11. The suspect had been in the park for an hour before dark and in the pouring rain for hours, so I feared that he jumped into his car to get a weapon knowing that he had just assaulted a police officer, and I did not know what he was capable of at that time. Ofcr. Corpus and I both began yelling, "Stop, Police Officers, step out of the vehicle and show us your hands." The suspect ignored our verbal commands, and shouted "Fuck you!"

12. After he locked the doors, I could no longer see his hands. Fearing the suspect was reaching for a weapon, I pounded on the hood of the vehicle with my hand continuing to give verbal commands "Police Officer, Open the door!" as Ofcr. Corpus was giving commands from the side of the vehicle. There was no way he could not hear us both yelling commands, and we both had our badges in plain view. He refused our commands and started the ignition.

13. Once he started the ignition I moved from my position in front of the car. Although he was parked at the curb, he could easily floor it and jump the curb, so I moved to the left of the vehicle.

3

14. The suspect immediately slammed the car in reverse, and floored it. I could no longer see Ofcr. Corpus and feared he had been run over and was dead. I've never been so terrified in my life, but I just automatically fell back on years of training and experience in law enforcement.

15. The suspect then immediately turned the steering wheel, threw the car into drive, and again floored it bearing down on me. I thought I was about to be run over and killed by a speeding 2-ton vehicle. Everything happened so fast I didn't think I had time to save my life.

16. He never put his hands up in the air or said please don't shoot me as he alleges. He said "Fuck you."

17. I opened fire as I tried to get out of the direct path of the vehicle with the good faith belief that he was trying to kill me to evade arrest again. I managed to avoid being hit by stepping to the right side while continuing to fire, but the suspect refused to stop and instead sped away. I knew I had to fire because the car could quickly swerve and hit me if I just moved to the side without firing. The driver's side window shattered, but still the suspect would not stop.

18. As soon as the car passed me and the threat was over, I ceased firing. With the adrenaline running from having just escaped being run over, at the time I was not sure how many shots I fired. I now know that my Glock had about sixteen (16) rounds, but I only fired seven (7). It went by in an instant with hardly enough time to react in time to save myself.

19. I was not standing in front of the vehicle when I opened fire because he reversed and turned the wheel toward me. I would not put myself at risk standing in front of a two-ton machine I know could run over me. If I had just tripped, I would have been hit, run over and would likely be dead.

20. The suspect got away and I screamed, "Frankie, I thought he was going to kill us!" He tried to calm me down, and I told him I thought he had been run over. We were both in shock, sat

4

down, and didn't talk much. I just kept repeating to my self, "Oh my God, Oh my God, he tried to kill me."

21.     I saw the Sergeants in the SUV immediately follow the vehicle, and heard our patrol units lights and sirens going after him.

22.     No shots were fired until the suspect almost ran over my partner and was trying to run over me. If the suspect had followed our verbal commands, I would never have fired. In six (6) years as an armed peace officer, I have only fired my duty weapon at the firing range. This was the first time a subject had tried to kill me, so I fired in fear of my life. During my six years as a police officer, I have not had a single excessive force complaint, and I have no sustained complaints by Internal Affairs. I was not disciplined for this incident because I followed my training and the use of force policy.

23.     I have been trained to respond to deadly force with deadly force, and our policies specify that a vehicle is a deadly weapon.

24.     I am familiar with policies and procedures for Austin Park Police, PSEM, and APD because I have served in each department, and the policy on use of force is the same. An officer should give verbal commands when feasible, and may only use the level of force that is reasonably necessary to bring an incident under control, and I did just that when I ceased firing after the threat passed. Deadly force may only be used when an officer has a reasonable belief that a suspect poses a threat of death or serous physical harm to the officer or another. I feared my partner was dead and I was next.

25.     I attended the Police Academy at San Antonio College for nine (9) months, 560 hours of training, and attained my peace officers license in 2004. I received 642 hours of training, including training in Basic Peace Officer; Basic Crime Investigation; Cultural Diversity; Overview of

Drugs; Racial Profiling; Asset Forfeiture; Traffic; Identity Theft; Patrol / Tactical; TCIC / NCIC. In 2005, I joined PSEM and attended a modified Academy. I have received 854 hours of training from the City of Austin, including training in ALERRT; Mental Health Peace Officer Training Course; Defensive Tactics; Law; Sex Crimes; Identity Theft; Rural Organized Crime; Racial Profiling; The Crime Victim; Legal Standards for Law Enforcement Officers; Crime Scene Investigation; Child Abuse Prevention and Investigation; Patrol/Tactical Seminar; Use of Force; Arrest, Search, and Seizure; Crisis Intervention; Multi Cultural Diversity Awareness of Law Enforcement Professionals. Both training is Texas Commission on Law Enforcement ("TCLEOSE") certified. I then rode four (4) months with Field Training Officers ("FTO's"), followed by being shadowed by an FTO for one (1) month before being released solo.

26. During my six years with the City of Austin, all of my Success Strategy Performance Reviews ("SSPR's") have been rated satisfactory or above.

27. Attached are true and correct copies of my training record, my IAD summary, and a photograph taken of me at the scene after the incident.

28. I have read the foregoing affidavit, I have personal knowledge of the facts stated therein, and they are true and correct."

SIGNED this ~~13th~~ 14TH day of January, 2011.

DAVID RODRIGUEZ

SUBSCRIBED AND SWORN TO BEFORE ME on this 14 7h day of January, 2011, to certify which witness my hand and official seal.


Mary V. Amell
Notary Public
State of Texas
My Commission Expires
June 6, 2012

NOTARY PUBLIC - STATE OF TEXAS

6



Read statement while this slide is up

# Texas Commission On Law Enforcement Officer Standards And Education
## Personal Information

| | |
|---|---|
| **Name** ID RODRIGUEZ | **TCLEOSE ID (P ID)** 309831 |

| Date Of Birth | Citizen | Race | Gender |
|---|---|---|---|
| 12/2/1968 | Yes | Hispanic | Male |

**Federal ID**          **State ID**

## Education Information

| Institution | Hours | Education |
|---|---|---|
|  | 0 | High School |
| EL PASO COMM. COLLEGE | 58 | College Credits |
| Total Hours | 58 | |
| Total Training Hours | 1160 | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Regular Peace Officer | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT | Peace Officer License | 8/19/2005 | | 2 years, 11 months |
| Regular Peace Officer | AUSTIN PARK POLICE | Peace Officer License | 5/26/2005 | 8/19/2005 | 0 years, 3 months |
| Regular Peace Officer | TEXAS LUTHERAN POLICE DEPT. | Peace Officer License | 8/30/2004 | 4/25/2005 | 0 years, 8 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Regular Peace Officer | 3 years, 10 months |
| Total officer time | 3 years, 10 months |

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Peace Officer License | License | Granted | 9/3/2004 |
| Basic Peace Officer | Certificate | Certification Issued | 10/27/2007 |
| Intermediate Peace Officer | Certificate | Certification Issued | 10/27/2007 |

Print Date: 7/23/2008                                                                 Page Number:  1

## Courses Completed

**09/01/2007 - 08/31/2009**

| Course | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3311 | ALERRT | 5/1/2008 | 16 | TEEX Central Texas Police Academy | |
| 4001 | Mental Health Peace Officer Training Course | 4/10/2008 | 32 | Hays Co. Sheriff's Academy | Crisis Intervention Training Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01 |
| 3800 | Technical/Specialized | 2/7/2008 | 20 | Austin Police Academy | |
| 2040 | Defensive Tactics | 1/18/2008 | 40 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3800 | Technical/Specialized | 1/10/2008 | 7 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3100 | LAW | 12/19/2007 | 10 | Austin Police Academy | |
| 3899 | Technical/Specialized Seminar | 10/18/2007 | 4 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |
| ?0 | Technical/Specialized | 10/18/2007 | 2 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 32003 | Sex Crimes [DE] | 10/11/2007 | 5 | TCLEOSE POSEIT | |
| 3277 | Identity Theft | 10/10/2007 | 4 | TCLEOSE POSEIT | Identity Theft |
| 32002 | Rural Organized Crime [DE] | 10/8/2007 | 3 | TCLEOSE POSEIT | |
| 3256 | Racial Profiling | 10/8/2007 | 7 | TCLEOSE POSEIT | Racial Profiling |
| 3255 | Asset Forfeiture | 10/8/2007 | 4 | TCLEOSE POSEIT | Asset Forfeiture |
| 32005 | The Crime Victim (DE) | 10/3/2007 | 5 | TCLEOSE POSEIT | |
| 32004 | Legal Standards for Law Enforcement Officers (DE) | 10/3/2007 | 6 | TCLEOSE POSEIT | |
| 35002 | Suicide Prevention in Corrections (DE) | 10/1/2007 | 4 | TCLEOSE POSEIT | |
| 2106 | Crime Scene Investigation (Intermediate) | 9/28/2007 | 32 | Capital Area Council of Governments | Crime Scene Investigation (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 9/20/2007 | 24 | Capital Area Council of Governments | Child Abuse Prevention and Investigation |
| | | **Unit Hours** | **225** | | |

**09/01/2005 - 08/31/2007**

| Course | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| | Patrol/Tactical Seminar | 8/30/2007 | 4 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |

Print Date: 7/23/2008                                                                 Page Number:  2

COA 0385

## Courses Completed

09/01/2005 - 08/31/2007

| Course Number | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 8/27/2007 | 3 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |
| 3800 | Technical/Specialized | 8/16/2007 | 4 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |
| 2107 | Use of Force (Intermediate) | 7/27/2007 | 20 | San Antonio College LEA | Use of Force (Intermediate) |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 7/20/2007 | 20 | San Antonio College LEA | Arrest, Search, and Seizure (Intermediate) |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 7/11/2007 | 0 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | Personnel Orientation |
| 3841 | Crisis Intervention Training | 6/25/2007 | 16 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | Crisis Intervention Training<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01 |
| 3800 | Technical/Specialized | 5/21/2007 | 2 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |
| 3300 | Patrol/Tactical | 5/21/2007 | 4 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |
| 3806 | Hazardous Materials (Haz-Mat) | 2/12/2007 | 8 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | |
| 2109 | Spanish for Law Enforcement (Intermediate) | 11/9/2006 | 24 | Capital Area Council of Governments | Spanish for Law Enforcement (Intermediate) |
| 32002 | Rural Organized Crime [DE] | 10/17/2006 | 3 | TCLEOSE POSEIT | |
| 3264 | Special Investigator Certification Course | 8/25/2006 | 24 | Texas Municipal Police Association | Special Investigative Topics |
| 2067 | S.F.S.T. Practitioner | 8/11/2006 | 24 | Capital Area Council of Governments | |
| 3331 | Terrorism Awareness for Emergency First Responders | 8/4/2006 | 5 | TCLEOSE POSEIT | |
| 3907 | MultiCultural Diversity/Awarness for L.E. Prof. | 6/27/2006 | 5 | Austin Police Academy | |
| 3300 | Introduction to the Incident Command System | 6/20/2006 | 3 | Austin Public Safety and Emergency Mgmt. Dept. | |

Print Date:  7/23/2008

Page Number:  3

COA 0386

# Courses Completed

## 09/01/2005 - 08/31/2007

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 66200 | Incident Command System Basics | 6/20/2006 | 3 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3300 | Patrol/Tactical | 4/23/2006 | 4 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3831 | Basic Life Support [American Heart Association] | 3/16/2006 | 8 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3300 | Patrol/Tactical | 3/1/2006 | 16 | TEEX Central Texas Police Academy | |
| 3300 | Patrol/Tactical | 1/4/2006 | 4 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3700 | Management/Supervision | 11/2/2005 | 1 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3300 | Patrol/Tactical | 10/19/2005 | 3 | Austin Public Safety and Emergency Mgmt. Dept. | |
| 3722 | Peace Officer Field Training | 9/17/2005 | 630 | AUSTIN PUBLIC SAFETY & EMERGENCY MANAGEMENT (Training Rosters) | Peace Officer Field Training |
| | | Unit Hours | 838 | | |

## 09/01/2003 - 08/31/2005

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3300 | Patrol/Tactical | 5/12/2005 | 10 | OTHER TRAINING | |
| 3214 | Family Violence Web w/ Exercises | 4/30/2005 | 8 | TCLEOSE POSEIT | Part 1 of 4 (POSEIT) Special Investigative Topics |
| 32001 | Basic Crime Investigation [DE] | 2/3/2005 | 8 | TCLEOSE POSEIT | |
| 3256 | Racial Profiling | 1/31/2005 | 7 | TCLEOSE POSEIT | Racial Profiling |
| 3277 | Identity Theft | 1/26/2005 | 4 | TCLEOSE POSEIT | Identity Theft |
| 3939 | Cultural Diversity | 1/25/2005 | 8 | Alamo Area LEA | Cultural Diversity |
| 32006 | Overview of Drugs (DE) | 9/29/2004 | 3 | TCLEOSE POSEIT | |
| 3255 | Asset Forfeiture | 9/5/2004 | 4 | TCLEOSE POSEIT | Asset Forfeiture |
| 1000 | Basic Peace Officer | 8/1/2004 | 588 | San Antonio College LEA | |
| 3400 | Traffic | 7/23/2004 | 4 | San Antonio College LEA | |
| 3300 | Patrol/Tactical | 4/2/2004 | 4 | San Antonio College LEA | |
| 3300 | Patrol/Tactical | 3/26/2004 | 4 | San Antonio College LEA | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 3/21/2004 | 8 | Texas Department of Public Safety LEA | |
| | | Unit Hours | 660 | | |
| | | Total Hours | 1723 | | |

|  | Total Hours |
|---|---|
| Total Education Hours | 1160 |
| Total Training Hours | 1723 |
| Total Hours | 2883 |

# Internal Affairs History of Sustained Allegations
## Internal Affairs Division
### David Rodriguez #6684
Date of Commission: 09/18/2005

*This employee has had no sustained complaints to Internal Affairs as of 01/12/2011*