IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 FEB 23 PM 2:40
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

TRAVIS CASEY,
      Plaintiff,

-vs-                                  Case No. A-09-CA-337-SS

OFFICER DAVID RODRIGUEZ and THE CITY
OF AUSTIN,
      Defendants.

## ORDER

BE IT REMEMBERED that on the 22nd day of February 2011, the Court called the above-styled cause for a status conference, and Defendants appeared through counsel. Notice of the status conference was sent to Plaintiff, who is proceeding pro se, on February 2, 2011. However, Plaintiff failed to appear at the status conference and has failed to take any action in this lawsuit since December 2010. The Court confirms its announcements with the following written orders:

IT IS ORDERED that the case REMAINS SET for docket call on **April 29, 2011**, at 11:00 a.m. in Courtroom 2 of the United States Courthouse, 200 W. Eighth Street, Austin, Texas, with a **JURY trial** in the month of **May 2011**, and each side shall be allowed **FIVE (5) HOURS** in trial, beginning with opening statement and continuing through the close of evidence (including direct examination, cross-examination, and rebuttal). The parties agree to a jury of seven with a verdict by no less than five.

✓

IT IS FURTHER ORDERED that at docket call, the parties shall submit a short, one paragraph statement of the parties' contentions, voir dire questions, proposed jury instructions and verdict forms, exhibit and witness lists, and any motions in limine.

IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendant's Motion for New Trial or to Alter or Amend Judgment [#58] by March 2, 2011. If Plaintiff fails to respond, or fails to appear at docket call, the Court may dismiss this case.

IT IS FINALLY ORDERED that Defendants shall file within **ten (10) calendar days** of the entry of this order the attached "Notice Concerning Reference to United States Magistrate Judge."

SIGNED this the 22nd day of February 2011.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TRAVIS CASEY,

          **Plaintiff,**

-vs-                                                          Case No. A-09-CA-337-SS

OFFICER DAVID RODRIGUEZ and THE CITY
OF AUSTIN,

          **Defendants.**

---

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: _____

through counsel: _____

hereby (select one):

    ☐    consents to having a United States Magistrate Judge preside over the trial in this case.

    ☐    declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: _____
Attorney for: